| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FINAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>MORROW, MARGARET M. | 2. Court or Organization<br><br>United States District Court, CACD | 3. Date of Report<br><br>02/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>01/06/2016 |
| 7. Chambers or Office Address<br><br>United States District Court<br>255 E. Temple Street, Ste. 770<br>Los Angeles, California 90012 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Bryn Mawr College - Board of Trustees - (See Note in Part VIII) |
| 2. | Trustee | Brokerage Account #2 (Trust #1) (Part VIII, Page 18, Line 254) |
| 3. | Trustee | Family Administrative Account (Trust #2) (Part VIII, Page 37, Line 564) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 02/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Defined Benefit Pension Payment from State of California | $138,470.64 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bryn Mawr College | February 5-7 | Bryn Mawr, PA | Board of Trustees Meeting | Meals |
| 2. | Bryn Mawr College | April 16-17 | Bryn Mawr, PA | Justice Sotomayer -- Introduction -- Katherine Houghton Hepburn Medal Presentation | Meals |
| 3. | Bryn Mawr College | April 23-25 | Bryn Mawr, PA | Board of Trustees Meeting | Meals |
| 4. | Bryn Mawr College | October 1-3 | Bryn Mawr, PA | Board of Trustees Meeting | Meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MORROW, MARGARET M.** | 02/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. Invesco Van Kampen Capital Growth Fund-A - IRA | | None | L | T | | | | | |
| 3. Vanguard Windsor II Fund - IRA | A | Dividend | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. BROKERAGE ACCOUNT #1 - INDIVIDUAL RETIREMENT ACCOUNT | F | Int./Div. | P1 | T | | | | | |
| 6. - Cash equivalent - Morgan Stanley | | | | | | | | | |
| 7. - General Electric Company - common stock | | | | | Sold | 09/11/15 | J | A | |
| 8. | | | | | | | | | |
| 9. - Microsoft Corporation - common stock | | | | | Sold | 09/11/15 | J | A | |
| 10. - Royal Dutch Shell PLC ADR - common stock | | | | | Sold | 09/11/15 | J | A | |
| 11. - AT&T Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 12. - Schlumberger Ltd. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 13. - Comcast Corp CL A Special New - common stock | | | | | Sold | 09/11/15 | J | C | |
| 14. - Eaton Corp. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 15. - Procter & Gamble - common stock | | | | | Buy (add'l) | 06/25/15 | J | | |
| 16. | | | | | Sold | 09/11/15 | J | A | |
| 17. - Monsanto Co. - common stock | | | | | Sold | 09/11/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - VMware Inc. Class A - common stock | | | | | Buy | 01/30/15 | J | | |
| 19. | | | | | Sold | 09/11/15 | J | A | |
| 20. - Hartford Healthcare I - common stock | | | | | Buy | 06/01/15 | K | | |
| 21. | | | | | Sold (part) | 09/11/15 | J | A | |
| 22. - Kraft Foods Inc. - common stock | | | | | Sold | 09/11/15 | J | C | |
| 23. - Vodafone Group PLC ADR - common stock | | | | | Sold | 09/11/15 | J | A | |
| 24. - CVS Caremark Corp. - common stock | | | | | Sold (part) | 03/09/15 | J | A | |
| 25. | | | | | Sold | 09/11/15 | J | B | |
| 26. - Google Inc. - common stock | | | | | Sold | 09/11/15 | J | B | |
| 27. - Coca-Cola Co. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 28. - Texas Instruments Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 29. - Amazon.com Inc. - common stock | | | | | Sold (part) | 05/28/15 | J | A | |
| 30. | | | | | Sold | 09/11/15 | J | C | |
| 31. - Charles Schwab Corp. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 32. - Chevron Corp. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 33. - Freeport McMoran Copper & Gold - common stock | | | | | Sold | 09/11/15 | J | A | |
| 34. - Weatherford Int'l. Ltd. - common stock | | | | | Sold | 09/11/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MORROW, MARGARET M.** | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Broadcom Corp - common stock | | | | | Sold | 09/11/15 | J | A | |
| 36.   - Akamai Technologies Inc. - common stock | | | | | Sold | 09/11/15 | J | B | |
| 37.   - American Electric Power Co. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 38.   - Anadarko Petroleum Corp. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 39.   - Autodesk Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 40.   - Biogen Idec Inc. - common stock | | | | | Sold (part) | 03/09/15 | J | A | |
| 41. | | | | | Sold | 09/11/15 | J | B | |
| 42.   - Blackrock Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 43.   - Cablevision Systems Corp. - common stock | | | | | Sold | 09/11/15 | J | B | |
| 44.   - Celgene Corp. - common stock | | | | | Sold | 09/11/15 | J | B | |
| 45.   - Covidien PLC New - common stock | | | | | Sold | 01/27/15 | J | B | |
| 46.   - Cree Research Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 47.   - Ebay Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 48.   - Facebook Inc. CL-A - common stock | | | | | Sold | 09/11/15 | J | B | |
| 49.   - Fluor Corp. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 50.   - Allergan PLC SHS formerly known as Actavis - common stock | | | | | Sold | 09/11/15 | J | C | See Note in Part VIII |
| 51.   - General Mills Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MORROW, MARGARET M. | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - HCP Incorporated - common stock | | | | | Sold | 09/11/15 | J | A | |
| 53. - Health Care REIT Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 54. - Home Depot Inc. - common stock | | | | | Sold | 09/11/15 | J | B | |
| 55. - Johnson & Johnson - common stock | | | | | Sold | 09/11/15 | J | B | |
| 56. - Red Hat - common stock | | | | | Sold | 09/11/15 | J | A | |
| 57. - L-3 Communications Holdings Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 58. - The Directv Group Class A - common stock | | | | | Sold (part) | 01/28/15 | J | A | |
| 59. | | | | | Sold | 01/30/15 | J | A | |
| 60. - Liberty Media Hldg. Capital Series A - common stock | | | | | Sold | 09/11/15 | J | A | |
| 61. - Liberty Media Hldg SR A Inter - common stock | | | | | Sold | 09/11/15 | J | A | |
| 62. - Liberty Broadband Corp C RTS N/A - common stock | | | | | Sold | 01/05/15 | J | A | |
| 63. - Nasdaq OMX Group Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 64. - National Oilwell Varco Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 65. - Pall Corporation - common stock | | | | | Sold (part) | 05/13/15 | J | A | |
| 66. | | | | | Sold (part) | 05/14/15 | J | A | |
| 67. | | | | | Sold | 05/18/15 | J | A | |
| 68. - Pepsico Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Qualcomm Inc. - common stock | | | | | Sold | 03/10/15 | J | A | |
| 70.  - Seagate Technology Holdings - common stock | | | | | Sold | 09/11/15 | J | B | |
| 71.  - Realty Income Corp. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 72.  - Senior Hsg PPTY TR - common stock | | | | | Sold | 06/10/15 | J | A | |
| 73.  - TE Connectivity Ltd. New - common stock | | | | | Sold | 09/11/15 | J | B | |
| 74.  - Target Corporation - common stock | | | | | Sold | 01/20/15 | J | A | |
| 75.  - Tyco International Ltd. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 76.  - Unitedhealth Group Inc. - common stock | | | | | Sold | 09/11/15 | J | C | |
| 77.  - Vertex Pharmaceuticals - common stock | | | | | Sold | 09/11/15 | J | B | |
| 78.  - Xilinx Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 79.  - Zoetis Inc. Class A - common stock | | | | | Sold | 09/11/15 | J | A | |
| 80.  - AMC Networks Inc. CL A - common stock | | | | | Sold | 09/11/15 | J | A | |
| 81.  - JP Morgan Chase BK N A Columbus Ohio DJIA Linked CD - | | | | | Matured | 10/28/15 | M | F | |
| 82.  - Hartford World Bond 1 - mutual fund | | | | | Sold (part) | 12/11/15 | J | A | |
| 83.  - Angel Oak Multi Strat Inc I - mutual fund | | | | | | | | | |
| 84.  - Ishares Russell 1000 ETF - mutual fund | | | | | Sold | 09/11/15 | K | A | |
| 85.  - Ishares Russell 2000 Value ETF - mutual fund | | | | | Buy | 12/15/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Ishares Russell 1000 Value ETF - mutual fund | | | | | Buy | 12/24/15 | K | | |
| 87. - Prudential High Yield Z - mutual fund | | | | | Sold (part) | 06/01/15 | K | A | |
| 88. | | | | | Sold | 12/11/15 | J | A | |
| 89. - Deutsche X Trackers MSCI JAP - mutual fund | | | | | Buy | 01/28/15 | J | | |
| 90. | | | | | Sold (part) | 06/01/15 | J | A | |
| 91. | | | | | Sold (part) | 06/15/15 | J | B | |
| 92. | | | | | Sold | 09/11/15 | J | A | |
| 93. - Williams Co., Inc. - common stock | | | | | Sold | 06/25/15 | J | B | |
| 94. - Managers Bond Fund - mutual fund | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. - Blackrock Global L/S Credit 1 - mutual fund | | | | | Sold (part) | 06/01/15 | K | A | |
| 97. - Merck & Co. - common stock | | | | | Sold | 09/11/15 | J | B | |
| 98. - Nucor Corp. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 99. - Sandisk Corp. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 100. - Yum Brands Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 101. - TCW Total Return - mutual fund | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Verizon Communications - common stock | | | | | Sold | 09/11/15 | J | A | |
| 104. | | | | | | | | | |
| 105.  - Virtus Multi-Sector S/T Bond - mutual fund | | | | | | | | | |
| 106. | | | | | | | | | |
| 107.  - Bank Deposit Sweep Program - | | | | | | | | | |
| 108.  - Lake Tahoe Calif Uni Sch Dist Go BDS - muni bond (2LT1) | B | Interest | | | Sold | 12/03/15 | K | E | MMM personal account |
| 109. | | | | | | | | | |
| 110.  Orchard Calif. Sch Dist G.O. Ref BDS - muni bond (5CB5) | B | Interest | | | Sold | 12/03/15 | K | A | MMM personal account |
| 111. | | | | | | | | | |
| 112.  San Ysidro Calif. Sch Dist CTFS Partn - muni bond (3EU1) | A | Interest | | | Sold | 12/03/15 | J | A | MMM personal account |
| 113. | | | | | | | | | |
| 114.  - Wells Fargo Bank - Account | | | | | Open | 01/06/16 | L | | MMM personal account |
| 115.  - Apple Inc. - common stock | | | | | Sold | 09/11/15 | J | B | |
| 116. | | | | | | | | | |
| 117.  - Bristol Myers Squibb Co. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 118.  - Dolby Class A - common stock | | | | | Sold | 09/11/15 | J | A | |
| 119.  - EMC Corp. Mass - common stock | | | | | Sold | 09/11/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Glaxosmithkline PLC ADS - common stock | | | | | Buy (add'l) | 06/25/15 | J | | |
| 121. | | | | | Sold | 09/11/15 | J | A | |
| 122. - Immunogen Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 123. - Isis Pharmaceuticals Inc. - common stock | | | | | Sold | 09/11/15 | J | B | |
| 124. - Legg Mason BW Global Opp Bd Fl - mutual fund | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. - John Hancock FDS Str Inc. Opp 1 - mutual fund | | | | | Sold (part) | 09/11/15 | J | A | |
| 127. | | | | | | | | | |
| 128. - Mc Donalds Corp. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 129. - Towers Watson & Co CL A - common stock | | | | | Sold | 07/10/15 | J | A | |
| 130. - UBS Plus Based on the Value of a Basket of Equities - common stock | | | | | | | | | |
| 131. - Twenty First Century Fox CL A - common stock | | | | | Sold | 09/11/15 | J | A | |
| 132. - Precision Castparts Corp. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 133. - Tekla Healthcare Opp Fund - common stock | | | | | | | | | |
| 134. - Regeneron Pharm - common stock | | | | | Sold | 09/11/15 | J | A | |
| 135. - Philip Morris International Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 136. - PPL Corporation - common stock | | | | | Sold | 09/11/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Thornburg Int'l Growth I - mutual fund | | | | | Buy | 01/28/15 | L | | |
| 138. | | | | | Sold (part) | 09/11/15 | K | B | |
| 139. - Thermo Fisher Scientific Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 140. - Ventas, Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 141. - Visa Inc. - common stock | | | | | Sold (part) | 03/09/15 | J | A | |
| 142. | | | | | Sold | 09/11/15 | J | B | |
| 143. - Walt Disney Co. Holding Co. - common stock | | | | | Sold | 09/11/15 | J | B | |
| 144. - Anheuser Busch Inbev SA Spon - common stock | | | | | Sold | 09/11/15 | J | A | |
| 145. - Blackrock Strategic Inc Opp A Prospectus - mutual fund | | | | | Sold (part) | 06/01/15 | K | A | |
| 146. | | | | | Sold | 12/11/15 | J | A | |
| 147. - Virtus Multi Sector Fixed Inc A - mutual fund | | | | | | | | | |
| 148. - CME Group - common stock | | | | | Sold | 09/11/15 | J | A | |
| 149. - United Parcel Service Inc. Class B - common stock | | | | | Sold | 09/11/15 | J | A | |
| 150. - Skybridge Multi-Advisor Hedge fund - mutual fund | | | | | | | | | |
| 151. - Nuveen Preferred Sec 1 - mutual fund | | | | | Sold (part) | 06/01/15 | J | A | |
| 152. | | | | | Sold (part) | 12/11/15 | J | A | |
| 153. - Wisdomtree Trust Japn Hedge EQ - mutual fund | | | | | Sold | 01/28/15 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Altria Group Inc. - common stock | | | | | Sold (part) | 01/20/15 | J | A | |
| 155. | | | | | Sold | 09/11/15 | J | B | |
| 156. - BCE Inc. (New) - common stock | | | | | Buy (add'l) | 01/06/15 | J | | |
| 157. | | | | | Sold | 09/11/15 | J | A | |
| 158. - BP PLC Ads - common stock | | | | | Buy (add'l) | 06/25/15 | J | | |
| 159. | | | | | Sold | 09/11/15 | J | A | |
| 160. - Sanofi ADR - common stock | | | | | Buy | 01/06/15 | J | | |
| 161. | | | | | Sold | 09/11/15 | J | A | |
| 162. - Linked in Corp A - common stock | | | | | Sold | 09/11/15 | J | A | |
| 163. - Citrix Systems Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 164. - Conocophillips - common stock | | | | | Sold | 01/06/15 | J | A | |
| 165. - Dominion Res Inc. (New) - common stock | | | | | Sold | 09/11/15 | J | A | |
| 166. - W. W. Grainger, Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 167. - Duke Energy Corp. Holding Co. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 168. - Kimberly Clark Corp. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 169. - Halyard Health Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 170. - FMC Technologies Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Natl Grid Transco PLC ADS - common stock | | | | | Buy (add'l) | 06/25/15 | J | | |
| 172. | | | | | Sold | 09/11/15 | J | B | |
| 173. - Nuance Communications Inc. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 174. - Reynolds American Inc. - common stock | | | | | Sold | 09/11/15 | J | C | |
| 175. - Southern Co. - common stock | | | | | Sold | 09/11/15 | J | A | |
| 176. - Total Fina Elf SA - common stock | | | | | Sold | 09/11/15 | J | A | |
| 177. - Unilever PLC (New) ADS - common stock | | | | | Sold | 09/11/15 | J | A | |
| 178. - Columbia Select LG CP Growth Z - mutual fund | | | | | Sold (part) | 09/14/15 | L | E | |
| 179. - Columbia Income Opport A - mutual fund | | | | | | | | | |
| 180. - Invesco Developing Markets A - mutual fund | | | | | Sold | 01/28/15 | K | A | |
| 181. - Royce Premier Service - mutual fund | | | | | Sold (part) | 09/11/15 | K | A | |
| 182. | | | | | Sold | 12/15/15 | J | A | |
| 183. - Thornburg Int'l Value I - mutual fund | | | | | Buy (add'l) | 01/28/15 | J | | |
| 184. | | | | | Sold (part) | 09/11/15 | K | B | |
| 185. | | | | | Sold | 11/16/15 | K | A | |
| 186. - Thornburg Strategic Inc. I - mutual fund | | | | | | | | | |
| 187. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Virtus Insight Emerging Markets I - mutual fund | | | | | Sold | 09/11/15 | K | A | |
| 189.  - Nike Inc. B - common stock | | | | | Sold | 09/11/15 | J | A | |
| 190.  - Cameron Intnl Corp - common stock | | | | | Sold | 09/11/15 | J | A | |
| 191.  - Duff & Phelps Global Equity - common stock | | | | | | | | | |
| 192.  - DWS Rreef GLB Infrastrc S (TOLSX) - mutual fund | | | | | | | | | |
| 193.  - Gateway Fund Y (GTEYX) - mutual fund | | | | | Sold | 06/01/15 | K | B | |
| 194.  - Invesco Balanced - Risk Alloc Y (ABRYX) - mutual fund | | | | | Sold (part) | 09/11/15 | J | A | |
| 195.  - Managers Fremont Global Fund (MMAFX) - mutual fund | | | | | Sold (part) | 09/11/15 | J | A | |
| 196.  - MFS Diverse Target Return I (DVRIX) - mutual fund | | | | | Sold | 01/28/15 | K | B | |
| 197.  - Nuveen Global Infrastructur I (FGIYX) - mutual fund | | | | | Sold | 09/11/15 | J | A | |
| 198.  - Nuveen Total Return Bond FDI - mutual fund | | | | | | | | | |
| 199.  - Deutsche Xtrackers MSCI EAF - mutual fund | | | | | Buy | 09/11/15 | K | | |
| 200.  - SPDR S&P Dividend - mutual fund | | | | | Buy | 09/11/15 | L | | |
| 201. | | | | | Buy (add'l) | 12/30/15 | K | | |
| 202.  - Hartford Int'l Value I - mutual fund | | | | | Buy | 11/16/15 | K | | |
| 203.  - Lord Abbett Calibrtd DIV GW F - mutual fund | | | | | Buy | 09/11/15 | K | | |
| 204. | | | | | Sold (part) | 12/04/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Sold | 12/16/15 | K | B | |
| 206. - Nuveen Santa Barbara DIV GR I - mutual fund | | | | | Buy | 09/11/15 | K | | |
| 207. - Federated Int'l Strat Div IS - mutual fund | | | | | Buy | 09/11/15 | K | | |
| 208. - Goldman Sachs Rising Div GW I - mutual fund | | | | | Buy | 09/11/15 | K | | |
| 209. - JP Morgan Equity Inc. SEL - mutual fund | | | | | Buy | 09/11/15 | K | | |
| 210. - Clearbridge Tactical Div Inc. - mutual fund | | | | | Buy | 09/11/15 | K | | |
| 211. | | | | | Sold (part) | 12/04/15 | J | A | |
| 212. | | | | | Sold | 12/30/15 | K | A | |
| 213. - Neuberger Berman EQ Inc INS - mutual fund | | | | | Buy | 09/11/15 | K | | |
| 214. - Blackrock Global Div Port Inst - mutual fund | | | | | Buy | 09/11/15 | K | | |
| 215. - Forward Int'l Dividend ADV - mutual fund | | | | | Buy | 09/11/15 | K | | |
| 216. - Hartford Equity Inc I - mutual fund | | | | | Buy | 12/16/15 | K | | |
| 217. - Highland L/S Eq A aka PYXIS Long/Short Equity A - mutual fund | | | | | Sold | 09/11/15 | J | A | |
| 218. - Highland Lg Sht Healthcare A - mutual fund | | | | | Sold (part) | 06/01/15 | J | A | |
| 219. | | | | | Sold | 09/11/15 | J | A | |
| 220. - Virtus Dynamic Alphasector I (VIMNX) - mutual fund | | | | | Sold | 06/01/15 | K | B | |
| 221. - Hartford Floating RT HI Inc I - mutual fund | | | | | Buy (add'l) | 06/15/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 12/11/15 | J | A | |
| 223.  - Discovery Communications Ser A - common stock | | | | | Buy | 05/12/15 | J | | |
| 224. | | | | | Sold | 09/11/15 | J | A | |
| 225.  - JP Morgan Value Advantage SEL - mutual fund | | | | | Buy | 09/14/15 | K | | |
| 226.  - Fundvantage TR Polen GRW Inst - mutual fund | | | | | Buy | 09/14/15 | K | | |
| 227.  - AMG Yacktman Focused SVC - mutual fund | | | | | Buy | 09/14/15 | K | | |
| 228. | | | | | Sold | 12/24/15 | K | B | |
| 229.  - Clearbridge Aggressive Gwth I - mutual fund | | | | | Buy | 09/14/15 | J | | |
| 230.  - Templeton GLB Total Return Adv - mutual fund | | | | | Buy | 06/01/15 | K | | |
| 231.  - Prudential SH Dur HI Yld Inc Z - mutual fund | | | | | Buy | 06/01/15 | K | | |
| 232.  - Omega Healthcare INV Inc - common stock | | | | | Buy | 06/10/15 | J | | |
| 233. | | | | | Sold | 09/11/15 | J | A | |
| 234.  - American Express Co - common stock | | | | | Buy | 07/06/15 | J | | |
| 235. | | | | | Sold | 09/11/15 | J | A | |
| 236.  - First Trust Dorsey Wright - common stock | | | | | Buy | 06/01/15 | K | | |
| 237. | | | | | Sold | 09/11/15 | J | A | |
| 238.  - Ishares MSCI Japan ETF - mutual fund | | | | | Buy | 06/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 09/11/15 | J | A | |
| 240. - Ishares Core US Value ETF - mutual fund | | | | | Buy | 09/15/15 | J | | |
| 241. - Ishares Core US Growth ETF - mutual fund | | | | | Buy | 09/15/15 | J | | |
| 242. | | | | | | | | | |
| 243. - Morgan Stanley - Inherited IRA Account - | D | Distribution | N | T | Distributed (part) | 12/31/15 | N | A | |
| 244. | | | | | | | | | |
| 245. - Morgan Stanley - Inherited IRA Account - | A | Distribution | J | T | Distributed (part) | 12/31/15 | J | A | |
| 246. | | | | | | | | | |
| 247. - JPM Trigger Jump on the Euro Stoxx 50 Index - common stock | | | | | Buy | 01/30/15 | L | | |
| 248. - Locorr Market Trend I - mutual fund | | | | | Buy | 06/01/15 | K | | |
| 249. | | | | | Sold (part) | 09/11/15 | J | A | |
| 250. - Deutsche X-Trackers MSCI JAP - mutual fund | | | | | Buy | 01/28/15 | J | | |
| 251. | | | | | Sold (part) | 06/01/15 | J | A | |
| 252. | | | | | Sold (part) | 06/15/15 | J | B | |
| 253. BROKERAGE ACCOUNT #2 (TRUST #1) | E | Int./Div. | P1 | T | | | | | |
| 254. | | | | | | | | | |
| 255. - Cash equivalent - Morgan Stanley' | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Eaton Corp. - common stock | | | | | | | | | |
| 257. - Aviva Plc Adr - common stock | | | | | | | | | |
| 258. - General Electric Inc. - common stock | | | | | | | | | |
| 259. - Pepsico Inc. - common stock | | | | | | | | | |
| 260. - Royal Dutch Shell PLC - common stock | | | | | Sold (part) | 12/15/15 | J | A | |
| 261. - AMC Networks Inc CL A - common stock | | | | | | | | | |
| 262. - Allianceber Muni - mutual fund | | | | | | | | | |
| 263. - American Express Co. - common stock | | | | | Buy | 07/06/15 | J | | |
| 264. - AT&T - common stock | | | | | | | | | |
| 265. - Schlumberger Ltd. - common stock | | | | | | | | | |
| 266. - Procter & Gamble - common stock | | | | | | | | | |
| 267. - Monsanto Company - common stock | | | | | | | | | |
| 268. - Kraft Foods - common stock | | | | | | | | | |
| 269. - Target Corporation - common stock | | | | | Sold | 01/20/15 | J | A | |
| 270. - Vodafone Group PLC ADR - common stock | | | | | Buy (add'l) | 12/08/15 | J | | |
| 271. | | | | | Sold (part) | 12/15/15 | J | A | |
| 272. - CVS Caremark Corporation - common stock | | | | | Sold (part) | 03/09/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Health Care REIT - common stock | | | | | | | | | |
| 274. - Coca Cola Company - common stock | | | | | | | | | |
| 275. - General Mills - common stock | | | | | | | | | |
| 276. - Alphabet Inc. - common stock | | | | | Sold (part) | 11/16/15 | J | A | See Note in Part VIII |
| 277. - HCP Inc. - common stock | | | | | | | | | |
| 278. - Qualcomm Inc. - common stock | | | | | Sold | 03/10/15 | J | A | |
| 279. - Schwab Charles Corporation - common stock | | | | | | | | | |
| 280. - Amazon.com Inc. - common stock | | | | | Sold (part) | 05/28/15 | J | A | |
| 281. | | | | | Sold (part) | 11/06/15 | J | A | |
| 282. | | | | | Sold (part) | 11/13/15 | J | A | |
| 283. - Aetna Inc (New) (Ct) - common stock | | | | | Buy | 11/20/15 | J | | |
| 284. - Anadarko Petroleum Corporation - common stock | | | | | Sold (part) | 12/15/15 | J | A | |
| 285. - BP PLC Ads - common stock | | | | | Buy (add'l) | 06/25/15 | J | | |
| 286. | | | | | Sold (part) | 12/15/15 | J | A | |
| 287. - Cablevision Systems Corporation - common stock | | | | | Sold | 09/17/15 | J | B | |
| 288. - Celgene Corporation - common stock | | | | | | | | | |
| 289. - Chevron Corporation - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. - Covidien Ltd. - common stock | | | | | Sold | 01/27/15 | J | A | |
| 291. - Freeport McMoran Copper & Gold - common stock | | | | | | | | | |
| 292. - Microsoft Corporation - common stock | | | | | | | | | |
| 293. - NASDAQ OMX Group, Inc. - common stock | | | | | | | | | |
| 294. - Texas Instruments Inc. - common stock | | | | | | | | | |
| 295. - Weatherford International Ltd. - common stock | | | | | | | | | |
| 296. - Xilinx Inc. - common | | | | | | | | | |
| 297. - Yum Brands Inc. - common | | | | | | | | | |
| 298. - Fluor Corp. - common stock | | | | | | | | | |
| 299. - Akamai Technologies Inc. - common stock | | | | | | | | | |
| 300. - Autodesk Delaware - common stock | | | | | | | | | |
| 301. - Biogen Idec Inc. - common stock | | | | | Sold (part) | 03/09/15 | J | A | |
| 302. - W. W. Grainger Inc. - common stock | | | | | | | | | |
| 303. - Blackrock Inc. - common stock | | | | | | | | | |
| 304. - Broadcom Corp. - common stock | | | | | | | | | |
| 305. - Comcast Corp. CL A Special New - common stock (CMCSK) | | | | | | | | | |
| 306. - Williams Co. Inc. - common stock | | | | | Sold | 06/25/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Cree Research Inc. - common stock | | | | | | | | | |
| 308. - Discovery Communications Ser A - common stock | | | | | Buy | 05/12/15 | J | | |
| 309. - Dolby Class A common stock (formerly Dolby Labs Inc.) | | | | | | | | | |
| 310. - Ebay Inc. - common stock | | | | | | | | | |
| 311. - Facebook Inc. CL-A - common | | | | | Sold (part) | 11/13/15 | J | A | |
| 312. - Home Depot Inc. - common stock | | | | | | | | | |
| 313. - Johnson & Johnson - common stock | | | | | | | | | |
| 314. - Rockwell Collins Inc. - common stock | | | | | Buy | 11/19/15 | J | | |
| 315. - L-3 Communications Hldgs Inc. - common stock | | | | | | | | | |
| 316. - The Directv Group Class A - common stock | | | | | Sold (part) | 01/28/15 | J | A | |
| 317. | | | | | Sold | 01/30/15 | J | A | |
| 318. - Liberty Media Corp. Hldg Capital Series A - common stock | | | | | | | | | |
| 319. - National Oilwell Varco Inc. - common stock | | | | | Sold (part) | 12/15/15 | J | A | |
| 320. - Twitter, Inc. - common stock | | | | | | | | | |
| 321. - Pall Corporation - common stock | | | | | Sold (part) | 05/13/15 | J | A | |
| 322. | | | | | Sold (part) | 05/14/15 | J | A | |
| 323. | | | | | Sold | 05/18/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Seagate Technology Hldgs. - common stock | | | | | | | | | |
| 325. - TE Connectivity Ltd. New - common stock | | | | | Sold (part) | 11/13/15 | J | A | |
| 326. - Tyco International Ltd. - common stock | | | | | | | | | |
| 327. - Unitedhealth Group Inc. - common stock | | | | | Sold (part) | 11/13/15 | J | A | |
| 328. - Zoetis Inc., Class A - common stock | | | | | | | | | |
| 329. - Vertex Pharmaceuticals - common stock | | | | | Sold (part) | 11/13/15 | J | A | |
| 330. - Nuance Communications Inc. - common stock | | | | | | | | | |
| 331. - VMware - common stock | | | | | Buy | 01/30/15 | J | | |
| 332. - Kinder Morgan Incorp. - common stock | | | | | Buy (add'l) | 09/25/15 | J | | |
| 333. | | | | | Sold | 12/08/15 | J | A | |
| 334. - Sanofi ADR - common stock | | | | | Buy | 01/06/15 | J | | |
| 335. - Merck & Co. Inc. - common stock | | | | | | | | | |
| 336. - Nucor Corporation - common stock | | | | | | | | | |
| 337. - Sandisk Corporation - common stock | | | | | | | | | |
| 338. - Verizon Communications - common stock | | | | | | | | | |
| 339. - Realty Income Corp. - common stock | | | | | | | | | |
| 340. - Anheuser Busch Inbev SA Spon - common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Allianz Se Ads - common stock | | | | | | | | | |
| 342. - American Electric Power Co. - common stock | | | | | | | | | |
| 343. - Apple Inc. - common stock | | | | | | | | | |
| 344. - Blackrock National Muni A - mutual fund | | | | | Buy (add'l) | 05/13/15 | K | | |
| 345. | | | | | Sold (part) | 09/11/15 | J | A | |
| 346. - Ecolab Inc. - common stock | | | | | Buy | 09/01/15 | J | | |
| 347. - AB Muni Income CA ADV - mutual fund | | | | | Buy | 05/13/15 | L | | |
| 348. | | | | | Sold (part) | 05/28/15 | J | A | |
| 349. | | | | | Sold (part) | 09/11/15 | J | A | |
| 350. - Amer Cent CA Hi Yld Muni Inv - mutual fund | | | | | Buy (add'l) | 05/13/15 | K | | |
| 351. - Ishares Russell 1000 ETF - mutual fund | | | | | | | | | |
| 352. - Bristol Myers Squibb Co. - common stock | | | | | | | | | |
| 353. - Citrix Systems Inc. - common stock | | | | | | | | | |
| 354. - Clearbridge Energy MLP FD Inc. - common stock | | | | | | | | | |
| 355. - EMC Corp Mass - common stock | | | | | Sold | 11/05/15 | J | A | |
| 356. - FMC Technologies - common stock | | | | | Sold | 12/15/15 | J | A | |
| 357. - Goldman Sachs MLP Energy Ren - mutual fund | | | | | Sold (part) | 09/30/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 10/22/15 | J | A | |
| 359. - Exxon Mobil Corp. - common stock | | | | | Buy | 08/26/15 | J | | |
| 360. - The ADT Corporation - common stock | | | | | | | | | |
| 361. - Adobe Systems - common stock | | | | | Buy | 08/25/15 | J | | |
| 362. - Glaxosmithkline PLC ADS - common stock | | | | | Buy (add'l) | 06/25/15 | J | | |
| 363. - Immunogen Inc. - common stock | | | | | | | | | |
| 364. - Ionis Pharmaceutical Inc. - common stock | | | | | Sold (part) | 11/13/15 | J | B | See Note in Part VIII |
| 365. - Kayne and Midstream/Energy Fund Inc. - common stock | | | | | | | | | |
| 366. - Mc Donalds Corp. - common stock | | | | | | | | | |
| 367. - Ms. Blackstone Re Debt II on LP - | | | | | Buy (add'l) | 04/09/15 | J | | |
| 368. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 369. - MFS Muni High Income A - mutual fund | | | | | Buy (add'l) | 05/13/15 | K | | |
| 370. - Nuveen Sh Dur Hi Yld Muni BD I - mutual fund | | | | | Buy (add'l) | 05/13/15 | K | | |
| 371. - Nuveen Hi Yld Muni Bond I - mutual fund | | | | | Buy (add'l) | 05/13/15 | K | | |
| 372. - Philip Morris Int'l Inc. - common stock | | | | | | | | | |
| 373. - JP Morgan CA Tax Free Bond A - mutual fund | | | | | Buy (add'l) | 05/13/15 | L | | |
| 374. | | | | | Sold (part) | 09/11/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - Blackstone EP II Onshore - mutual fund | | | | | | | | | |
| 376. - Linked in Corp A - common stock | | | | | | | | | |
| 377. - PPL Corporation - common stock | | | | | | | | | |
| 378. - Travelers Companies Inc. COM - common stock | | | | | | | | | |
| 379. - Thermo Fisher Scientific Inc. - common stock | | | | | | | | | |
| 380. - Ventas Inc. - common stock | | | | | | | | | |
| 381. - Visa Inc. Class A - common stock | | | | | Sold (part) | 03/09/15 | J | A | |
| 382. | | | | | Sold (part) | 11/13/15 | J | A | |
| 383. - Walt Disney Co. Holding Co. - common stock | | | | | Sold (part) | 11/06/15 | J | A | |
| 384. | | | | | | | | | |
| 385. - Altria Group Inc. - common stock | | | | | Sold (part) | 01/20/15 | J | A | |
| 386. - BCE Inc. (New) - common stock | | | | | Buy (add'l) | 01/06/15 | J | | |
| 387. - Blackrock CA Muni Bd I - mutual fund | | | | | Buy (add'l) | 05/13/15 | L | | |
| 388. | | | | | Sold (part) | 09/11/15 | J | A | |
| 389. - Towers Watson & Co. CL A - common stock | | | | | Sold | 07/10/15 | J | A | |
| 390. - Precision Castparts Corp. - common stock | | | | | Sold | 10/27/15 | J | A | |
| 391. - Conocophillips - common stock | | | | | Sold | 01/06/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - Dominion Res Inc. (New) - common stock | | | | | | | | | |
| 393. - Duke Energy Corp Holding Co. - common stock | | | | | | | | | |
| 394. - Kimberly Clark Corp. - common stock | | | | | | | | | |
| 395. - Western Digital Corporation - common stock | | | | | Buy | 11/03/15 | J | | |
| 396. - National Grid Transco PLC ADS - common stock | | | | | Buy (add'l) | 06/25/15 | J | | |
| 397. - Reynolds American Inc. - common stock | | | | | Sold (part) | 09/25/15 | J | A | |
| 398. - Twenty-First Century Fox CLA - common stock | | | | | | | | | |
| 399. - Unilever PLC (New) ADS - common stock | | | | | | | | | |
| 400. - Total Fina Elf SA - common stock | | | | | Sold | 08/26/15 | J | A | |
| 401. - Southern Co. - common stock | | | | | | | | | |
| 402. - Columbia Select LG CP Growth Z - mutual fund | | | | | Sold (part) | 12/14/15 | J | A | |
| 403. - Invesco High Yield Muni Y - mutual fund | | | | | Buy (add'l) | 05/13/15 | K | | |
| 404. - Managers AMG GW&K Muni Bd SVC - mutual fund | | | | | Buy (add'l) | 05/13/15 | L | | |
| 405. | | | | | Sold (part) | 09/11/15 | J | A | |
| 406. - Omega Healthcare Inv Inc. - common stock | | | | | Buy | 06/10/15 | J | | |
| 407. | | | | | | | | | |
| 408. - Prudential Muni Hi Inc Z - mutual fund | | | | | Buy (add'l) | 05/13/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. - Nationwide HM CA ITM Tax FR Bd - mutual fund | | | | | Buy (add'l) | 05/13/15 | L | | |
| 410. | | | | | Sold (part) | 05/28/15 | J | A | |
| 411. | | | | | Sold (part) | 09/11/15 | J | A | |
| 412. - Invesco Developing Markets A - mutual fund | | | | | Sold | 01/28/15 | K | A | |
| 413. - Red Hat - common stock | | | | | | | | | |
| 414. - Regeneron Pharm - common stock | | | | | | | | | |
| 415. - Royce Premier Service - mutual fund | | | | | Sold | 11/13/15 | K | A | |
| 416. - Goldman Sachs MLP Inc. Oppty Fd - mutual fund | | | | | Sold (part) | 09/21/15 | K | A | |
| 417. | | | | | Sold | 09/22/15 | J | A | |
| 418. - Thornburg Int'l Value A - mutual fund | | | | | Sold | 11/13/15 | L | A | |
| 419. - Senior Hsg PPTY TR SBI - common stock | | | | | Sold (part) | 06/10/15 | J | A | |
| 420. - Virtus Insight Emerging Markets I - mutual fund | | | | | Sold | 12/14/15 | K | A | |
| 421. - CME Group Inc. - common stock | | | | | | | | | |
| 422. - Thornburg Int'l Growth I - mutual fund | | | | | Buy | 01/28/15 | L | | |
| 423. - Wisdomtree Trust Japn Hedge EQ - mutual fund | | | | | Sold | 01/28/15 | K | A | |
| 424. - United Parcel Service Inc. Class B - common stock | | | | | | | | | |
| 425. - Columbia Income Opport A - mutual fund | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Metropolitan West HI YLD Bd M - mutual fund | | | | | | | | | |
| 427. - Vanguard SM CAP VALUE ETF - mutual fund | | | | | Buy | 12/14/15 | L | | |
| 428. - Vanguard FTSE Developed Mkts - mutual fund | | | | | Buy | 12/14/15 | L | | |
| 429. - Vanguard FTSE Emerging Markets - mutual fund | | | | | Buy | 12/14/15 | K | | |
| 430. - Nike Inc. B - common stock | | | | | Sold (part) | 11/16/15 | J | A | |
| 431. - Cameron International Corp. - common stock | | | | | | | | | |
| 432. - DWS Rreef Glb Infrastrc S - mutual fund | | | | | | | | | |
| 433. - Gateway Fund Y - mutual fund | | | | | Sold | 06/01/15 | K | B | |
| 434. - Highland Lg Sht Healthcare A - mutual fund | | | | | Sold (part) | 06/01/15 | J | A | |
| 435. - Highland Long Short Equity A - mutual fund | | | | | | | | | |
| 436. - Invesco Balanced Risk Alloc - mutual fund | | | | | Sold | 12/15/15 | K | A | |
| 437. - Managers Amg FQ Glb Ess Inst - mutual fund | | | | | | | | | |
| 438. - MFS Diverse Target Return 1 - mutual fund | | | | | Sold | 01/28/15 | K | B | |
| 439. - Nuveen Global Infrastructur 1 - mutual fund | | | | | | | | | |
| 440. - Virtus Dynamic Alphasector 1 - mutual fund | | | | | Sold (part) | 06/01/15 | K | B | |
| 441. - Deutsche X-Trackers MSCI JAP - mutual fund | | | | | Buy | 01/28/15 | J | | |
| 442. | | | | | Sold (part) | 06/01/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 39

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

02/10/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 06/15/15 | J | B | |
| 444. - Locorr Market Trend - mutual fund | | | | | Buy | 06/01/15 | K | | |
| 445. - Hartford Healthcare I - mutual fund | | | | | Buy | 06/01/15 | K | | |
| 446. | | | | | Sold | 12/10/15 | K | A | |
| 447. - First Trust Dorsey Wright FO - mutual fund | | | | | Buy | 06/01/15 | K | | |
| 448. - Ishares MSCI Japan ETF - mutual fund | | | | | Buy | 06/15/15 | J | | |
| 449. - Center Coast MLP Focus I - mutual fund | | | | | Buy | 10/01/15 | K | | |
| 450. - Hartford Int'l Value I - mutual fund | | | | | Buy | 11/13/15 | L | | |
| 451. | | | | | Sold | 12/14/15 | L | A | |
| 452. - Ishares Russell 2000 Value ETF - mutual fund | | | | | Buy | 11/13/15 | L | | |
| 453. | | | | | Sold | 12/14/15 | L | A | |
| 454. - First Trust Hlth Care Alpha ETF - mutual fund | | | | | Buy | 12/10/15 | K | | |
| 455. - Ishares Russell 1000 GRW ETF - mutual fund | | | | | Buy | 12/14/15 | J | | |
| 456. | | | | | | | | | |
| 457. - Advent Claymore Convertible SE - closed end fund | | | | | | | | | |
| 458. - Advent Claymore CV Secs & Incm - closed end fund | | | | | | | | | |
| 459. - Advent/Claymore Enhncd Grw - closed end fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. - Alliancebernstein Inc. FD - closed end fund | | | | | Sold (part) | 10/02/15 | J | A | |
| 461. - Alliance Bernstein GL High CEF - closed end fund | | | | | Buy | 03/26/15 | J | | |
| 462. - Allianz NFJ Divid INT - closed end fund | | | | | Buy | 05/14/15 | J | | |
| 463. - Allianzgi Conv & Inc FD - closed end fund | | | | | Buy | 09/24/15 | J | | |
| 464. - Allianzgi Diversified Income - closed end fund | | | | | Buy | 09/24/15 | J | | |
| 465. - Alpine Global Premier PPTY FD - closed end fund | | | | | | | | | |
| 466. - Alpine Total Dynamic Dividend - closed end fund | | | | | | | | | |
| 467. - Apollo Tactical Income Fnd Inc. - closed end fund | | | | | Buy | 08/06/15 | J | | |
| 468. - Ares Dynamic Credit Alloc FD - closed end fund | | | | | | | | | |
| 469. - Blackrock Corp HGH Yld FD Inc. - closed end fund | | | | | | | | | |
| 470. - Blackrock Debt Strat FD Inc. - closed end fund | | | | | | | | | |
| 471. - Blackrock ENH Cap & FD Inc. - closed end fund | | | | | | | | | |
| 472. - Blackrock Enhanced Equity Div - closed end fund | | | | | | | | | |
| 473. - Blackrock Flt Rte Inc. Strat FD - closed end fund | | | | | | | | | |
| 474. - Blackrock GLBL OPP EQTR - closed end fund | | | | | | | | | |
| 475. - Blackrock Income Trust Inc. - closed end fund | | | | | | | | | |
| 476. - Blackrock Intl Grwth & Inc TR - closed end fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 39

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

02/10/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - Blackrock Multi-Sector Inc. TR N/R - closed end fund | | | | | | | | | |
| 478. - Blackrock Mun Inc. Qual TR - closed end fund | | | | | | | | | |
| 479. - Blackrock Muni Inter Dura - closed end fund | | | | | Buy | 11/05/15 | J | | |
| 480. - Blackrock Munihldngs Q LTY II - closed end fund | | | | | | | | | |
| 481. - Blackrock Muniholdings Investm - closed end fund | | | | | | | | | |
| 482. - Blackrock Res & Comm Strat TR - closed end fund | | | | | | | | | |
| 483. - Blackrock UTIL & INFRA N/R - closed end fund | | | | | | | | | |
| 484. - Blackstone GSO Lg SH CR Inc. B - closed end fund | | | | | | | | | |
| 485. - Blackstone/GSO Strat Credit FD N/R - closed end fund | | | | | | | | | |
| 486. - Brookfield Mtge Opp Inc. FD - closed end fund | | | | | | | | | |
| 487. - Brookfield Global Incom - closed end fund | | | | | Buy | 09/24/15 | J | | |
| 488. - Brookfield Total Return Fund - closed end fund | | | | | Buy | 11/05/15 | J | | |
| 489. - Calamos CV & HI Incm FD - closed end fund | | | | | | | | | |
| 490. - Calamos Conv Oppty & Incm FD - closed end fund | | | | | Buy | 12/09/15 | J | | |
| 491. - Calamos Global Dynamic CEF - closed end fund | | | | | | | | | |
| 492. - CBRE Clarion GL Real Estate - closed end fund | | | | | | | | | |
| 493. - Cohen & Steers Infrastructure FD - closed end fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 39

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

02/10/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. - Cohen & Steers Ltd. Dur. PFD & Inc. - closed end fund | | | | | | | | | |
| 495. - Cohen & Steers Reit & PFD Incm - closed end fund | | | | | | | | | |
| 496. - Cohen & Steers Select PFD&INC - closed end fund | | | | | Buy | 09/24/15 | J | | |
| 497. - Doubleline Income Solutions FD - closed end fund | | | | | | | | | |
| 498. - Duff & Phelps GLB Util Inc. FD - closed end fund | | | | | | | | | |
| 499. - Eaton Vance Ltd Duration FD - closed end fund | | | | | | | | | |
| 500. - Eaton Vance Nat'l Muni Opp TR - closed end fund | | | | | | | | | |
| 501. - Eaton Vance Risk Mngd -closed end fund | | | | | | | | | |
| 502. - Eaton Vance Senior Income TR - closed end fund | | | | | | | | | |
| 503. - Eaton Vance Shrt Dur Div Inc. - closed end fund | | | | | | | | | |
| 504. - Eaton Vance Tax Adv GLBL Div -closed end fund | | | | | | | | | |
| 505. - Eaton Vance Tax Advantaged - closed end l fund | | | | | | | | | |
| 506. - Eaton Vance Tax Advtgd GlBL - closed end fund | | | | | | | | | |
| 507. - Eaton Vance Tax MG CEF - closed end fund | | | | | | | | | |
| 508. - Eaton Vance Tax Mgd DIV EQU FD - closed end fund | | | | | Sold (part) | 09/24/15 | J | A | |
| 509. - First Trust High Inc. Long/Shor N/R - closed end fund | | | | | | | | | |
| 510. - Flaherty & Crumrine Dynamic PF - closed end fund | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT

Page 34 of 39

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

02/10/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511.  - Global High Income DLR FND INC. - closed end fund | | | | | | | | | |
| 512.  - John Hancock Premium DIV FD - closed end fund | | | | | | | | | |
| 513.  - New Am High Income FD Inc New - closed end fund | | | | | | | | | |
| 514.  - Nexpoint Credits Strategies FD - closed end fund | | | | | | | | | |
| 515.  - Nuveen AMT FREE Muni Inc FD - closed end fund | | | | | | | | | |
| 516.  - Nuveen Credit Strat Inc FD - closed end fund | | | | | | | | | |
| 517.  - Nuveen Div Adv Muni FD 2 - closed end fund | | | | | | | | | |
| 518.  - Nuveen Div Adv Muni FD - closed end fund | | | | | | | | | |
| 519.  - Nuveen Divid Adv Muni FD 3 - closed end fund | | | | | | | | | |
| 520.  - Nuveen Divid Adv Muni Inc FD - closed end fund | | | | | | | | | |
| 521.  - Nuveen Float Rate Incm Fund - closed end fund | | | | | | | | | |
| 522.  - Nuveen Global High Income - closed end fund | | | | | | | | | |
| 523.  - Nuveen Inter Dur Muni Term Fnd - closed end fund | | | | | Buy | 02/12/15 | J | | |
| 524.  - Nuveen Muni Advantage Fund Inc - closed end fund | | | | | | | | | |
| 525.  - Nuveen Muni Market Opp FD Inc. - mutual fund | | | | | | | | | |
| 526.  - Nuveen Muni Oppty IND Inc - closed end fund | | | | | | | | | |
| 527.  - Nuveen Nasdaq 100 Dynamic OVC - closed end fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 39

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

02/10/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - Nuveen Perf Plus Mun FD - closed end fund | | | | | | | | | |
| 529. - Nuveen PFD Income Opp FD - closed end fund | | | | | | | | | |
| 530. - Nuveen Pre Inc Muni FD 2 Inc - closed end fund | | | | | | | | | |
| 531. - Nuveen Premier Municipal In FD - closed end fund | | | | | | | | | |
| 532. - Nuveen Premium Inc Mun FD Inc - closed end fund | | | | | | | | | |
| 533. - Nuveen QLTY Income Muni Fnd - closed end fund | | | | | Buy | 11/05/15 | J | | |
| 534. - Nuveen Qual Muni Fund Inc - closed end fund | | | | | | | | | |
| 535. - Nuveen Qual PFD Inc FD - closed end fund | | | | | | | | | |
| 536. - Nuveen Real Asst Incme Grw FND - closed end und | | | | | | | | | |
| 537. - Nuveen Select Qual Mun Fd Inc - closed end fund | | | | | Buy | 12/09/15 | J | | |
| 538. - Nuveen S&P 500 Buy-Write Inc. - closed end fund | | | | | | | | | |
| 539. - Nuveen Senior Income Fund - closed end fund | | | | | | | | | |
| 540. - Nuveen Short Duratin CR OPP FD N/A - closed end fund | | | | | | | | | |
| 541. - Nuveen Tax-Advantaged Div CEF - closed end fund | | | | | | | | | |
| 542. - Pimco Dynamic Credit Inc. FD - closed end fund | | | | | Buy | 02/12/15 | J | | |
| 543. - Prudential SHRT Dur High Yl FD - closed end fund | | | | | | | | | |
| 544. - Putnam Managed Muni Income TR - closed end fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 39

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

02/10/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - Putnam Muni Opty TR - closed end fund | | | | | | | | | |
| 546. - TCW Strategic Income FD Inc - closed end fund | | | | | | | | | |
| 547. - Voya Global Equity Dividend - closed end fund | | | | | | | | | |
| 548. - Voya Infrastructure Industri - closed end fund | | | | | Buy | 05/14/15 | J | | |
| 549. - Voya Risk Managed Nat Res FD - closed end fund | | | | | | | | | |
| 550. - Wells Fargo ADV GLB DIV OPP FD - closed end fund | | | | | | | | | |
| 551. - Wells Fargo Advantage Income - closed end fund | | | | | | | | | |
| 552. - Wells Fargo Advantage Multi - closed end fund | | | | | | | | | |
| 553. - Western Asset Emerg Mkts FD - closed end fund | | | | | | | | | |
| 554. - Western Asset GBL PTNRS Inc FD - closed end fund | | | | | | | | | |
| 555. - Western Asset Global High FD - closed end fund | | | | | | | | | |
| 556. - Western Asset High Inc FD II - closed end fund | | | | | Buy | 09/24/15 | J | | |
| 557. - Western Asset Mkts FD II Inc. - closed end fund | | | | | | | | | |
| 558. - Western Asset Mngd High Inc FD - closed end fund | | | | | | | | | |
| 559. - Western Asset WLDWD Income FD - closed end fund | | | | | | | | | |
| 560. | | | | | | | | | |
| 561. - Real Property, Nantucket County, Massachusetts | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 02/10/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | | | | | |
| 563. FAMILY ADMINISTRATIVE ACCOUNT (TRUST #2) | F | Int./Div. | P1 | T | Open | 01/06/15 | P1 | | |
| 564. | | | | | | | | | |
| 565. - Edison International - common stock | | | | | Sold | 12/30/15 | J | B | |
| 566. - Exelon Corp. - common stock | | | | | Sold | 12/30/15 | J | A | |
| 567. - Marathon Oil Corp. - common stock | | | | | Sold | 12/30/15 | J | A | |
| 568. - Marathon Petroluem Corp - common stock | | | | | Sold | 12/30/15 | L | E | |
| 569. - United States Steel Corp. - common stock | | | | | Sold | 12/30/15 | J | A | |
| 570. | | | | | | | | | |
| 571. - Calaveras Uni Sch Dist Calif. G O - muni. bond (4EJ5) | D | Interest | | | Redeemed | 08/03/15 | N | A | |
| 572. - California St G O Bds Ser. 2008 - muni. bond (AZ80) | B | Interest | | | Redeemed | 08/03/15 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I - POSITIONS

Page 1, line 1: I am a member of the Board of Trustees. There are no assets to report.

PART VII - INVESTMENTS AND TRUSTS:

BROKERAGE ACCOUNT #1 -- INDIVIDUAL

Page 6, line 50: On February 18, 2015 Actavis PLC changed its name to Allergan PLC SHS.

BROKERAGE ACCOUNT #2 -- (TRUST #1)

Page 20, line 276: On October 5, 2015, Google Inc. changed its name to Alphabet Inc.

Page 25, line 364: On December 22, 2015 Isis Pharmaceutical Inc. changed its name to Ionis Pharmaceutical, Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ MARGARET M. MORROW**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544